### GRIGSBY V. PLANKINTON BANK *et al.*

(Opinion filed July 13, 1904.)

Appeal from circuit court, Minnehaha county; Hon. Joseph W. Jones, Judge.

Action by William E. Grigsby against the Plankinton Bank and William E. Plankinton as assignee thereof. From an order granting defendants leave to file and serve an amended answer, plaintiff appeals. Affirmed.

*Grigsby & Grigsby* and *Davis, Lyon & Gates,* for appellant.
*Kittredge, Winans & Scott,* for respondents.

CORSON, P. J.    This is an appeal from an order of the circuit court of Minnehaha county granting to the defendants leave to serve and file an amended answer. The facts and questions presented in this case for our determination are practically the same as those presented in the case of Murphy v. Plankinton Bank, handed down at this term, 18 S. D. 317, 100 N. W. 614, and was submitted upon substantially the same abstracts and briefs. For the reasons stated in the above-entitled case, the order of the circuit court is affirmed.

---

### LYON V. PLANKINTON BANK *et al.*

(Opinion filed July 13, 1904.)

Appeal from circuit court, Minnehaha county; Hon. Joseph W. Jones, Judge.

Action by William H. Lyon against the Plankinton Bank and William E. Plankinton as assignee thereof. From an